AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dever, James C | 2. Court or Organization<br><br>U.S. District Court, EDNC | 3. Date of Report<br><br>04/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>310 New Bern Ave.<br>Raleigh, NC 27601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. Director | North Wake County Baseball Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. 2006 | Maupin Taylor, P.A. Profit Sharing Plan (Maupin Taylor P.A. is my former law firm.) |
| 3. | |
| 4. | |

RECEIVED 2007 APR 16 A 11: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Campbell University (wages) | $ 6,760 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Substitute teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Maupin Taylor, P.A. Profit Sharing Plan | | | | | | | | | |
| 2. | - Money Market Fund, Wachovia Securities | A | Int. | K | T | | | | | |
| 3. | - AFIBX Fundamental Invs. Inc. - B | D | Div. | L | T | | | | | |
| 4. | - BFABX Bond Fund of Am. - B | B | Div. | K | T | | | | | |
| 5. | - IHCAX Hartford Cap Apprec Fund - B | B | Div. | L | T | | | | | |
| 6. | - NYVBX Davis NY Venture - B | D | Div. | K | T | | | | | |
| 7. | - OGLBX Oppenheimer GLBL FD - B | C | Div. | K | T | | | | | |
| 8. | - PVTBX Putnam Vista FD - B | A | Div. | K | T | | | | | |
| 9. | - TEDBX Mutual Sec FD Discover - B | C | Div. | J | T | | | | | |
| 10. | - MBAGX MFS Aggressive GR Allo - B | C | Div. | K | T | | | | | |
| 11. | Northwestern Mutual Life Policy | | | | | | | | | |
| 12. | - Index 500 Stock | B | Div. | J | T | | | | | |
| 13. | - Aggressive Growth Stock | A | Div. | J | T | | | | | |
| 14. | - Index 400 Stock | A | Div. | J | T | | | | | |
| 15. | - Small Cap Growth Stock | A | Div. | J | T | | | | | |
| 16. | - T Rowe Small Cap Value | A | Div. | J | T | | | | | |
| 17. | - Cap Guard Domestic Eq | B | Div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18. Northwestern Mutual Life Policy | | | | | | | | | |
| 19. - Index 500 Stock | A | Div. | J | T | | | | | |
| 20. - Aggressive Growth Stock | A | Div. | J | T | | | | | |
| 21. - Index 400 Stock | A | Div. | J | T | | | | | |
| 22. - Small Cap Growth Stock | A | Div. | J | T | | | | | |
| 23. - T Rowe Small Cap Value | A | Div. | J | T | | | | | |
| 24. - Cap Guard Domestic | A | Div. | J | T | | | | | |
| 25. RBC Centura Bank Account | A | Interest | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C | 04/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 4/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544